IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

BRUCE ALLEN LILLER,     *

   Plaintiff     *     Case No.:  MJG 02-CV-3390

v.     *

ROBERT KAUFFMAN, et al.     *

   Defendants

\*     \*     \*     \*     \*     \*     \*

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 25th day of March, 2003, a copy of the foregoing Interrogatories to Bruce Allen Liller were mailed first class U.S. Mail, postage prepaid to: Arnold F. Phillips, Esquire, 25254 Garrett Highway, Suite 4, P.O. Box 537, McHenry, Maryland 21541, Attorney for Plaintiffs.  I will retain the originals of these documents in my file until the case is conclude in this Court, the time for appeal has expired, and any appeal that is filed is concluded.

                                                  /s/ Kathleen M. Bustraan
                                                Kathleen M. Bustraan
                                                Trial Bar No. 24417
                                                Lord & Whip, P. A.
                                                Charles Center South, 10th Floor
                                                36 S. Charles Street
                                                Baltimore, Maryland  21201
                                                (410) 539-5881

                                                Attorney for Defendants