IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRUCE ALLEN LILLER, | * |
| Plaintiff | * |
|  | Case No.: MJG 02-CV-3390 |
| v. | * |
| ROBERT KAUFFMAN, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \*

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 25th day of March, 2003, a copy of the foregoing Request for Production of Documents to Bruce Allen Liller was mailed first class U.S. Mail, postage prepaid to: Arnold F. Phillips, Esquire, 25254 Garrett Highway, Suite 4, P.O. Box 537, McHenry, Maryland 21541, Attorney for Plaintiffs. I will retain the originals of these documents in my file until the case is conclude in this Court, the time for appeal has expired, and any appeal that is filed is concluded.

_____
Kathleen M. Bustraan
Trial Bar No.: 24417
Lord & Whip, P.A.
800 One Center Plaza
120 West Fayette Street
Baltimore, Maryland 21201
(410) 539-5881

Attorney for Defendants