IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUCE A. LILLER, et al.            *

      Plaintiffs                  *

      vs.                         *     CIVIL ACTION NO. MJG-02-3391
                                        (Consolidated with MJG-02-3390)
ROBERT D. KAUFFMAN, et al.         *

      Defendants                  *

*    *    *    *    *    *    *    *    *    *    *

ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
PENDING CONSOLIDATED CASE

    The instant case has been consolidated with MJG-02-3390 in which all proceedings will be conducted. No purpose would be served by keeping this case on the Court's active docket.

    Accordingly:

        1.    This case is STAYED pending the consolidated case.

        2.    The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by December 31, 2004) of any party hereto based upon the resolution of the consolidated case or other good cause.

        3.    The administrative closing of this case shall not affect any rights of the parties in this, or any other, proceeding.

        4.    If any party can show that the fact that this case is administratively closed rather than nominally open will have a genuine adverse effect on that party, the Court will consider formally reopening the case to prevent such adverse effect.

    SO ORDERED, on Wednesday, 2 April, 2003.

                                                                          /s/
                                      _____
                                        Marvin J. Garbis
                                    United States District Judge