```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

BRUCE A. LILLER, et al.            *

       Plaintiffs          *

          vs.                * CIVIL ACTION NO. MJG-02-3390

ROBERT D. KAUFFMAN, et al.         *

       Defendants          *

\*   \*   \*   \*   \*   \*   \*   \*   \*

BRUCE A. LILLER, et al.            *

       Plaintiffs          *

         vs.                * CIVIL ACTION NO. MJG-02-3391

ROBERT D. KAUFFMAN, et al.         *

       Defendants          *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER OF CONSOLIDATION</u>

The above captioned cases involve similar or identical contentions by the parties and common questions of fact and/or law. Under the circumstances, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure the Court determines that consolidation of these cases would tend to promote judicial efficiency and avoid unnecessary costs and delay. Accordingly:

    1.  Civil Action MJG-02-3391 is hereby consolidated for all purposes with Civil Action MJG-02-3390.

    2.  All pleadings as of the entry of this Order shall be captioned as is Exhibit A hereto and

      shall be filed only in Civil Action No. MJG-02-3390 unless otherwise directed by this Court.

SO ORDERED, on Wednesday, 2 April, 2003.

                                      /s/
                          _____
                                Marvin J. Garbis
                        United States District Judge

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

BRUCE ALLEN LILLER              *

        Plaintiff               *

        vs.                     *   CIVIL ACTION NO. MJG-02-3390
                                       (Consolidated with MJG-02-3391)
ROBERT D. KAUFMAN, et al.       *

        Defendants              *

*       *       *       *       *       *       *       *       *
```

# EXHIBIT A