IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRUCE ALLEN LILLER, et al. | * |
| Plaintiff | Case No.:  MJG 02-CV-3390 |
| v. | * (Consolidated with MJG 02-CV-3390) |
| ROBERT KAUFFMAN, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \*

### DEFENDANTS' REPORT REGARDING EARLY SETTLEMENT CONFERENCE AND REFERRAL TO A MAGISTRATE JUDGE FOR FURTHER DISPOSITION

Defendants, Robert D. Kauffman and Joseph R. Kauffman, by undersigned counsel, hereby submit their report regarding referral of this case for an early settlement conference and referral of this case to a magistrate judge for further handling, and state:

1. The Defendants do not believe that the referral of this case at this time for an early settlement conference would be productive.

2. The Defendants do not consent to the referral of this case to a magistrate judge of this Court for all further purposes.

>*/s/* Kathleen M. Bustraan
>Kathleen M. Bustraan
>Trial Bar No.:  24417
>Lord & Whip, P.A.
>Charles Center South, 10th Floor
>36 S. Charles Street
>Baltimore, Maryland 21201
>(410) 539-5881
>
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2003, a copy of the aforegoing Defendants' Report Regarding Early Settlement Conference and Referral to Magistrate Judge for Further Disposition was electronically filed. Undersigned counsel will keep the original of this document on file until the case is concluded in this Court, and any appeals are concluded.

>*/s/* Kathleen M. Bustraan
>Kathleen M. Bustraan

259262