IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRUCE ALLEN LILLER, et al. | * |
| Plaintiff | Case No.: MJG 02-CV-3390 |
| v. | * (Consolidated with MJG 02-CV-3390) |
| ROBERT KAUFFMAN, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \*

## LOCAL RULE 103.3 DISCLOSURE STATEMENT

Pursuant to Local Rule 103.3, Defendants Robert D. Kauffman and Joseph R. Kauffman, state that the only known entity that has a potential financial interest in this litigation is their insurer, Lebanon Mutual Insurance Company, 137 West Penn Avenue, Cleona, Pennsylvania 17042. The Defendants do not know of any other corporation that has a financial interest in the outcome of this litigation.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
Trial Bar No.: 24417
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorney for Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 16th day of April, 2003, a copy of the aforegoing Defendants' Rule 103.3 Disclosure Statement was electronically filed. Undersigned counsel will keep the original of this document on file until the case is concluded in this Court, and any appeals are concluded.

                                                           /s/ Kathleen M. Bustraan
                                                           Kathleen M. Bustraan

259262