• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Robert Kauffman, et al.

V.

Roger Lee Helbig

**SUMMONS IN A CIVIL CASE**

CASE  MJG 02-CV-3390
(Consolidated with MJG 02-CV-3391

TO: (Name and address of Defendant)

Roger Lee Helbig
435 Underwood Road
Oakland, MD 21550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen M. Bustraan, Esq.  --24417
Toyja E. Kelley, Esq. -26949
Lord & Whip, P.A.
36 South Charles Street, 10th Floor
Baltimore, MD 21201
410-539-5881

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK                                                              DATE

(By) DEPUTY CLERK