May 2, 2003

E. Gibbons
Deputy Clerk
United States District Court for
The District of Maryland
Baltimore, MD 21201


Re:   <u>Liller, et al. v. Robert Kauffman, et al.</u>
      Case No.:  MJG 02-CV-3390 (Consolidated with MJG 02-CV-3391)
      Our File No.: 1440-2-15


Dear Ms. Gibbons:

   Enclosed please find a copy of Defendants/Third-Party Plaintiffs' Third-Party Summons for electronic filing in the above referenced matter. Please sign, seal, and return a hard copy for service on Third-Party Defendant, Roger Lee Helbig.

   If you should have any questions or concerns, please do not hesitate to contact me.

                            Very truly yours,

                             <u>/s/ Toyja E. Kelley</u>
                            Toyja E. Kelley


TEK260328
Enc.