AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PLAINTIFF- **Bruce Liller, et al.**

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**Robert Kaufman, et al.**

Case Number: **MJG 02-CV-3390**

V. THIRD PARTY DEFENDANT

**Roger Lee Helbig**

To: Name and address of Third Party Defendant

**Roger Lee Helbig
435 Underwood Road
Oakland, MD 21550**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

**Arnold F. Phillips
25254 Garrett Highway, Suite 4
P.O. Box 537
McHenry, MD 21541**

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

**Kathleen M. Bustraan –Bar NO. 24417
Toyja Kelley, Esq.–Bar No. 26949
Lord & Whip, P.A.
36 South Charles Street.
Baltimore, MD 21201**

an answer to the third-party complaint which is herewith served upon you within _____ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Felicia C. Cannon
CLERK

DATE

(By) DEPUTY CLERK