**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **BRUCE ALLEN LILLER, et al.** | * | |
| **Plaintiff** | * | |
| **VS.** | * | **CASE NO.:  MJG-02-CV-3390** |
| **ROBERT D. KAUFFMAN, et al.** | * | **(Consolidated with MJG-02-CV-3391)** |
| **Defendants and** | * | |
| **Third-Party Plaintiffs** | * | |
| **v.** | * | |
| **ROGER LEE HELBIG** | * | |
| **Third-Party Defendant** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## RULE 26(a)(1) DISCLOSURE STATEMENT

COMES NOW Plaintiffs, by and through their attorneys pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure hereby make their initial disclosures and state as follows:

(a)    Persons Likely to Have Discoverable Information:

Bruce A. Liller
1798 Pleasant Valley Road
Oakland, Maryland 21550

Michael P. Liller
1798 Pleasant Valley Road
Oakland, Maryland 21550

Mary F. Liller
1798 Pleasant Valley Road
Oakland, Maryland 21550

Dwight O. Liller
1798 Pleasant Valley Road
Oakland, Maryland 21550

Roger L. Helbig
435 Underwood Road
Oakland, Maryland 21550

Calvin Nissley, Jr.
(address to be supplied)

Personnel from Garrett County Sheriff's Department
(including Deputy David Teets)
311 East Alder Street
Oakland, Maryland 21550

Personnel from Southern Garrett Rescue Squad
P.O. Box 378
Oakland, Maryland 21550

Personnel from Maryland State Police
(including Col. R. E. Corley)
67 Friendsville Road
McHenry, Maryland 21541

(b)    Documents Relevant to the Dispute:

Medical records for Bruce Allen Liller

Medical records for Michael Paul Liller

State of Maryland Motor Vehicle Accident Report No: 07430675-6; dated April 17, 2002; completed by Maryland State Police, Col. Corley.

State of Maryland Motor Vehicle Accident Report Numbers: 07430675/07430676; dated April 17, 2002; completed by Office of the Sheriff, Garrett County, Maryland.

(c)    Computation of Damages:
        Michael Liller:

| | | |
|---|---|---|
| Garrett County Memorial Hospital | $ | 2,035.00 |
| HealthNet | $ | 5,485.00 |
| WVU Hospital | $ | 17,021.13 |
| Tri-State Radiology | $ | 462.39 |
| UHA | $ | 6,015.00 |

|  |  |
|---|---|
| HealthSouth | $ 3,947.00 |
| United Physicians Care | $ 206.00 |
| Garrett Surgical Group | $ 469.00 |
| Lost Wages | $1,464,359.48 |
| Pain and Suffering | $ 500,000.00 |

**TOTAL**                 **$2.5 million**

Bruce Liller:

|  |  |
|---|---|
| Garrett County Memorial Hospital | $ 1,850.00 |
| Tri-State Radiology | $ 546.00 |
| Garrett Medical Transport | $ 805.00 |
| United Physicians | $ 206.00 |
| Prescriptions | $ 116.15 |
| UHA | $ 23,280.00 |
| WVU Hospital | $104,098.74 |
| Lost Wages | $630,901.89 |
| Pain and Suffering | $500,000.00 |

**TOTAL**                 **$1.5 million**

Mary Liller:

|  |  |
|---|---|
| Lost Wages | $ 4,200.00 |
| Mileage (360 miles wk. x .30 = $180.00 | |
|                 $180.00 x 21 wks) | $ 2,268.00 |
| Emotional Distress | $118,532.00 |

**TOTAL**                 **$125,000.00**

Dwight Liller:

|  |  |
|---|---|
| Lost Wages | $ 6,900.00 |
| Emotional Distress | $118,100.00 |

**TOTAL**                 **$125,000.00**

(d)    Insurance Agreements:

Defendant's insurance carrier – Lebanon Mutual Insurance Company

_____
Arnold F. Phillips
Trial Bar No.:  024913
Arnold F. Phillips, P.A.
P.O. Box 537
McHenry, Maryland 21541
(301) 387-2800
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2003, a copy of the foregoing Rule 26(a)(1) Disclosure Statement was mailed first-class postage prepaid to:

Kathleen Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201


_____
Arnold F. Phillips

Liller vs. Kauffman
Rule 26(a)(1) Disclosure