

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUN 17 P 3: 43

CLERK'S OFFICE
AT BALTIMORE

,Y_____DEPUTY

**LORD & WHIP**
A Professional Association
**ATTORNEYS AT LAW**

**800 One Center Plaza**
**120 West Fayette Street**
**Baltimore, Maryland 21201-3700**

**410-539-5881**
**Facsimile: 410-685-6726**
June 16, 2003

The Honorable Marvin J. Garbis
United States District Judge
United States District Court of Maryland
   for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

      Re:   <u>Liller, et al. v. Robert Kauffman, et al.</u>
             Case No.:  MJG 02-CV-3390 (Consolidated with MJG 02-CV-3391)
             Our File No.: 1440-2-15

Dear Judge Garbis:

      Because of the complexity of the medical issues in this case and the fact that two of the Plaintiffs have only recently concluded their medical treatment, the parties jointly request a modest adjustment of the scheduling order so that we can appropriately identify our expert witnesses with reports.  Accordingly, we request that the Court adjust the scheduling order as follows:

| | |
|---|---|
| July 16, 2003 | Plaintiff's Rule 26(a)(2) disclosure regarding experts; |
| August 11, 2003 | Defendants' Rule 26(a)(2) disclosures regarding experts; |
| August 27, 2003 | Plaintiff's rebuttal Rule 26(a)(2) disclosures regarding experts; |
| September 1, 2003 | Rule 26(e)(2) supplementation of disclosures and responses; |

The Honorable Marvin J. Garbis
June 16, 2003
Page 2 of 2

September 26, 2003          Discovery deadline; submission of status report;

October 27, 2003            Dispositive pretrial motions deadline.

Thank you for your kind consideration of this request.

Very truly yours,


*/s/* Kathleen M. Bustraan

KMB/seb
cc:    Arnold F. Phillips, Esquire
262812


SO ORDERED, on Monday, 16 June, 2003

```
             /s/
_____
        Marvin J. Garbis
   United States District Judge
```