IN THE UNITED STATES DISTRICT FOR THE

DISTRICT OF MARYLAND

| | |
|---|---|
| Bruce Liller, et al, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION FILE |
| | * NO.:MJG 02-CV-3390 |
| | * |
| Roger Lee Helbig and Robert Kauffman, | * |
| | * |
| Defendants. | * |

**REQUEST FOR ADMISSIONS/GENUINENESS AND AUTHENTICITY**

Defendant, Roger Lee Helbig, by his attorney, Donald L. Speidel, request the Plaintiff, Bruce Liller, et al, to admit, within 30 days of the date of service of this Request that the following medical records are genuine and authentic:

1. That the document attached as exhibitA, is genuine and was signed by Plaintiff, Bruce A. Liller and;

2. That the document attached hereto as exhibit B is genuine and contains the signature of Michael P. Liller.

Respectfully submitted,

_____
Donald L. Speidel
LAW OFFICES OF PROGRESSIVE
CASUALTY INSURANCE COMPANY
21 Governor's Court
Suite 260
Baltimore, Maryland 21244
(410) 281-6111

## CERTIFICATE OF SERVICE

I hereby certify that on this 11thday of July, 2003 a copy of the foregoing Request for Admissions/Genuineness and Authenticity was mailed postage prepaid to:

Arnold F. Phillips
25254 Garrett Highway
Suite 4
McHenry, Maryland 21541

Kathleen M. Bustraan
Lord & Whip, P.A.
36 S. Charles Street, 10th Floor
Charles Center South
Baltimore, Maryland 21201

_____
Donald L. Speidel