IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

| | |
|---|---|
| Bruce Liller, et al, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION FILE |
| | * NO.: MJG 02-CV-3390 |
| Roger Lee Helbig and Robert Kauffman, | * |
| | * |
| Defendants. | * |
| | * |

**NOTICE OF DISCOVERY**

**TO THE CLERK:**

**PLEASE TAKE NOTICE** that on the _____ day of July, 2003 , Defendant in the above-captioned matter, by and through Donald L. Speidel, undersigned counsel, served the following discovery material:

| | |
|---|---|
| **Type of Discovery Material:** | Request for Admissions/Genuineness and Authenticity |
| **Date/Manner of Service:** | July _____, 2003<br>U.S. Postal Service |
| **Persons Served:** | Arnold F. Phillips<br>25254 Garrett Highway<br>Suite 4<br>McHenry, Maryland 21541<br><br>Kathleen M. Bustraan<br>Lord & Whip, P.A.<br>36 S. Charles Street, 10th Floor<br>Charles Center South<br>Baltimore, Maryland 21201 |

        Respectfully submitted,

        _____
        Donald L. Speidel
        LAW OFFICES OF PROGRESSIVE
        CASUALTY INSURANCE COMPANY
        21 Governor's Court
        Suite 260
        Baltimore, Maryland 21244
        (410) 281-6111

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of July, 2003 a copy of the Notice of Discovery was mailed postage prepaid to:

  Arnold F. Phillips
  25254 Garrett Highway
  Suite 4
  McHenry, Maryland 21541

  Kathleen M. Bustraan
  Lord & Whip, P.A.
  36 S. Charles Street, 10th Floor
  Charles Center South
  Baltimore, Maryland 21201

        _____
        Donald L. Speidel