UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

July 16, 2003

Donald L. Speidel
Law Office of Donald L. Speidel
21 Governors Ct. Suite 260
Balitmore, Maryland   21244

                              Re:    Case No. MJG 02-3390

Dear Counsel/Party:

Your Request for Admissions/Genuineness and Authenticity and Notice of Discovery were filed using an incorrect event code, filed electronically on 7/15/03; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**
☐ Case caption and number do not match. Document should be refiled in case no.: _____.
☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Miscellaneous:**
☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Other. _____

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☒ Discovery requests and responses should not be filed with the court.
☒ Notices of service of discovery requests and responses should not be filed with the court.
☐ Rule 26(a) disclosures should not be filed with the court.

Very truly yours,

_____/s/_____
Evaleen Gibbons
for
Felicia C. Cannon, Clerk

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in Error Letter - Clerk's Version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov