IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRUCE ALLEN LILLER, et al. * | |
| * | |
| Plaintiffs | Case No.: MJG 02-CV-3390 |
| * | (Consolidated with MJG 02-CV-3391) |
| v. | |
| * | |
| ROBERT KAUFFMAN, et al. | |
| * | |
| Defendants and | |
| Third-Party Plaintiffs * | |
| v. * | |
| ROGER LEE HELBIG * | |
| Third-Party Defendant * | |

\* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Dear Mr. Clerk:

Please enter the appearance of Jennifer S. Lubinski of Lord & Whip, P.A. as co-counsel, along with Kathleen M. Bustraan, whose appearance was previously entered, for Defendants, Kauffman Metals, Inc., Robert Kauffman, and Joseph Kauffman.

/s/ Jennifer S. Lubinski
Kathleen M. Bustraan
Jennifer S. Lubinski
Lord & Whip, P.A.
Charles Center South, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 27th day of August, 2003 the foregoing Entry of Appearance was electronically filed with the United States District Court for the District of Maryland with electronic notification sent to: Arnold F. Phillips, Esquire, 25254 Garrett Highway, Suite 4, P.O. Box 537, McHenry, Maryland 21541, Attorney for Plaintiffs; and Donald L. Speidel, Esquire, 21 Governor's Court, Suite 260, Baltimore, Maryland 21244.

                                                  */s/* Jennifer S. Lubinski
                                                  Jennifer S. Lubinski

303530