# ARNOLD F. PHILLIPS, P. A
## ATTORNEYS AT LAW
PO BOX 537
25254 GARRETT HIGHWAY
McHENRY, MARYLAND 21541
(301) 387-2800
(301) 387-2860 (Fax)
afplaw@gcnetmail.net

| Arnold F. Phillips, Esq. | James D. Worthington II, Esq. | Robert L. Allen, Jr., Esq. |
|---|---|---|
| Admitted in MD & WV | Admitted in MD | Admitted in MD & PA |

October 3, 2003

The Honorable Marvin J. Garbis
United States District Judge
United States District Court of Maryland
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

In Re:   Bruce A. Liller, et al. vs. Robert Kauffman, et al.
         Case No. : MJG 02-CV-3390 (Consolidated with MJG 02-CV-3391)

Dear Judge Garbis:

On Thursday, August 28, 2003, attorneys Kathleen Bustraan, Donald Speidel and myself mutually agreed to a 90 day extension of all deadlines herein to allow Attorney Speidel the opportunity to conduct Discovery. Attorneys Bustraan and Phillips would also be afforded the opportunity to include the necessary reports with their respective Rule 26(a) disclosures, as the Plaintiffs had missed an appointment with experts. After reviewing Attorney Bustraan's letter dated October 1, 2003 to Your Honor, I noticed that Plaintiffs 26(a) extension deadline was not included among the many others. Therefore, please add the following to the October 2, 2003 Order:

   October 16, 2003 – Plaintiffs Rule 6(a)(2) disclosures regarding Experts.

Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to contact my office immediately.

Sincerely,

Arnold F. Phillips
Cc:   Donald L. Speidel
      Kathleen M. Bustraan

# 29