IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRUCE ALLEN LILLER, et al. | * |
| Plaintiff | Case No.: MJG 02-CV-3390 |
|  | * (Consolidated with MJG 02-CV-3391) |
| v. | * |
| ROBERT KAUFFMAN, et al. | * |
| Defendants and Third-Party Plaintiffs | * |
| v. | * |
| ROGER LEE HELBIG | * |
| Third-Party Defendant | * |

\*   \*   \*   \*   \*   \*   \*

**<u>DEFENDANTS' FIRST MOTION IN LIMINE</u>**

Defendants, Robert Kauffman and Joseph Kauffman, by undersigned counsel and pursuant to Rule 7 of the *Federal Rules of Civil Procedure*, hereby move the Court, in limine, to enter an order barring the Plaintiffs from presenting any evidence concerning the cost of past or future medical care, and for reasons state:

1.  As is more fully set forth in the attached memorandum of law, there is no legal basis upon which testimony concerning the cost of past or future medical care can be received in evidence. Under the circumstances, the Defendants request that the Court issue an order barring the Plaintiffs from presenting such evidence at trial.

WHEREFORE, the Defendants, Robert Kauffman and Joseph Kauffman respectfully request that the Court enter an order barring the Plaintiffs from presenting testimony at trial concerning the cost of past or future medical care.

Respectfully submitted,

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
(Bar No. 24417)
Jennifer S. Lubinski
(Bar No. 25160)
Lord & Whip, P. A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland  21201
(410) 539-5881

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 4th day of February, 2004, a copy of the foregoing Defendants' First Motion in Limine was electronically filed with the United States District Court for the District of Maryland with notice sent to: Arnold F. Phillips, Esquire, 25254 Garrett Highway, Suite 4, P.O. Box 537, McHenry, Maryland 21541, Attorney for Plaintiffs; and Donald L. Speidel, Esquire, 800 Red Brook Boulevard, Suite 120, Owings Mills, Maryland 21117.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
(Bar No. 24417)

313086