MAR-19-2003 WED 06:05 PM                                             P. 010

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND

BRUCE ALLEN LILLER
1798 PLEASANT VALLEY ROAD
OAKLAND, MD 21550

    PLAINTIFF
VS.

ROBERT DEAN KAUFFMAN
128 WILEY LANE
NEW PARIS, PA, 15554

And

JOSEPH RAY KAUFFMAN
6146 LINCOLN HIGHWAY
BEDFORD, PA 15522

    DEFENDANTS

COMPLAINT
AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, Bruce Allen Liller, by and through his attorney, Arnold F. Phillips, Esquire, and in support of this Complaint, says as follows:

1. That Plaintiff, Bruce Allen Liller, is an individual within the Jurisdiction of the Federal District Court of Maryland, residing in Oakland, Maryland.

2. That Defendants, Robert Dean Kauffman and Joseph Ray Kauffman, are residents of the State of Pennsylvania.

3. That the acts complained of herein are the result of an automobile accident that occurred in the State of Maryland.

4. That the amount in controversy herein exceeds the jurisdictional requirements for this Court.

5. That on or about the 17th day of April, 2002, Plaintiff was a passenger in an automobile operated by a Mr. Roger Lee Helbig traveling West on Paul Friend Road, near Oakland, Maryland.

EXHIBIT
2

6. That at the same time, Defendant, Robert Dean Kauffman was operating a tractor trailer owned by Defendant, Joseph Ray Kauffman, and said driver was exiting from a driveway onto Paul Friend Road.

7. That although Defendant, Robert Dean Kauffman was aware of headlights approaching as he was exiting from said driveway, continued to exit the driveway.

8. That as the vehicle in which Plaintiff was riding crested a hill, Defendants vehicle was across Paul Friend Road impeding the lane of traffic that said vehicle was traveling and also impeding the opposite lane and the shoulder.

9. That contrary to the duties owed to Plaintiff, Defendant was negligent, careless, and reckless in several respects including, failure to yield right-of-way, failure to exercise reasonable and ordinary care to keep a sharp lookout to avoid blocking the right-of-way of Plaintiff.

10. That the vehicle in which Plaintiff was traveling in struck the trailer of Defendant's tractor trailer and as a direct and proximate result caused several injuries to Plaintiff, including a broken back.

11. That as a direct and proximate result of Defendant's negligence, Defendant Robert Dean Kauffman was charged with various traffic charges in the District Court for Garrett County, Maryland.

12. That Defendant, Robert Dean Kauffman at all times pertinent herein was operating a tractor trailer owned by Defendant Joseph Ray Kauffman, bearing registration number YDF 3242 of the State of Pennsylvaina, further stating that said vehicle is a commercial vehicle and that Defendant Robert Dean Kauffman was acting as an employee of agent of Defendant Joseph Ray Kauffman.

14. That as a direct and proximate result of Defendant's negligence, Plaintiff has incurred medical bills, loss of income, loss of earning capacity, inability to enjoy the normal functions of life, permanent back injury, and pain and suffering.

WHEREFORE, Plaintiff, Bruce Allen Liller respectfully requests that this Court enter Judgment in the amount of One Million, Five Hundred Thousand Dollars ($1,500,000) to which he is found to be entitled, together with pre-judgment interest, costs and attorney fees.

**PLAINTIFF HEREIN DEMANDS A TRIAL BY JURY**

Respectfully Submitted

_____
Arnold F. Phillips, Esquire
Attorney for the Plaintiffs
PO Box 537
McHenry, MD  21541
301-387-2800
301-387-2860 Fax

MAR-19-2003 WED 06:04 PM                                                P. 008

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

SUMMONS IN A CIVIL CASE

BRUCE ALLEN LILLER

    Plaintiff

VS.  Case No.: MJG *whole complaint* 02 CV 3390

ROBERT KAUFFMAN AND
JOSEPH RAY KAUFFMAN

    Defendant

NOV 2 1 2002

TO:  Robert Dean Kauffman
128 Wiley Lane
New Paris, PA 15554

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney, Arnold F. Phillips, P. A., PO Box 537, 25254 Garrett Highway, Suite 4, McHenry, MD 21541.

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon    11-22-02
CLERK    Date

*R. Cannon*
(By) DEPUTY CLERK

Phone number of process server: _____