```
                                                                    34

              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                          VOLUME III

BRUCE ALLEN LILLER, et al.

            Plaintiffs
     vs.                           MJG 02-CV-3390

ROBERT KAUFFMAN

            Defendant
_____/


         The telephonic deposition of JACK MARSHALL

BERGSTEIN, M.D. was continued on Wednesday, January 21,

2004, commencing at 1:50 P.M., at the Law Offices of Lord

& Whip, 36 South Charles Street, 10th Floor,

Baltimore, Maryland, 21201, before Chuck Peppler, Notary

Public.

APPEARANCES:

         ARNOLD PHILLIPS, ESQUIRE (By Telephone)
              On behalf of Plaintiffs

         KATHLEEN BUSTRAAN, ESQUIRE
              On behalf of Defendant



REPORTED BY:  Chuck Peppler
```

EXHIBIT 4

71

1      A.  I have no information about their cost, but if
2  asked, I could probably estimate. I doubt that my estimate
3  would be all that useful.
4      Q.  In other words, up to this point, you haven't
5  reviewed or said yea or nay with respect to the cost of
6  medical care associated with any treatment that was
7  provided to Michael Liller or to Bruce Liller. Is that
8  accurate? That would be for someone else to comment upon?
9      A.  Up to this point, I have no information about the
10 cost of care for Michael Liller or Bruce Liller.
11     MS. BUSTRAAN: Very good. I think those are all
12 the questions I have at this time. I don't know if
13 Mr. Phillips has any.
14     MR. PHILLIPS: I don't have any questions.
15     Dr. Bergstein, I will advise you that you have
16 the right to read and sign your deposition. You can't
17 change the testimony of your deposition, but you can fill
18 out an errata sheet if there were things that you believe
19 that you had testified are incorrect, which could add to
20 the transcript of the deposition. You can exercise this
21 right or you can waive the right. Which would you like to