```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2

 3   BRUCE ALLEN LILLER, ET AL

 4              Plaintiffs              MJG-02-CV-3390

 5        vs.

 6   ROBERT KAUFFMAN, ET AL

 7              Defendants
     _____/
 8

 9              The telephone deposition of KRISTI

10   WILLIAMS was held on Tuesday, December 2, 2003,

11   commencing at 10:00 A.M., at the Law Offices of Lord

12   & Whip, 36 South Charles Street, 10th Floor,

13   Baltimore, Maryland, 21201, before Trisha G. Rarick,

14   a Notary Public.

15   APPEARANCES:

16            ARNOLD F. PHILLIPS, ESQUIRE
                 (Telephonically)
17               On behalf of Plaintiffs

18            KATHLEEN M. BUSTRAAN, ESQUIRE
                 On behalf of Defendants
19   ALSO PRESENT:

20            Rita D'Aurora, Risk Manager

21   REPORTED BY:  Trisha G. Rarick
```

EXHIBIT 5

1  minimum fee.

2    Q    Okay.  And have you been asked to testify

3  at trial of this case, assuming that the case is tried?

4    A    Have I been asked?

5    Q    Yes.

6    A    No.

7    Q    If you are asked, do you intend to respond

8  and testify?

9    A    Yes.

10    Q    In other words, if you're asked to testify

11  at trial, you're willing to do that?

12    A    Yes.

13    Q    Is there any additional information that

14  you think you need to help you testify in this case or

15  any issues that you think you need additional

16  information to evaluate?

17    A    Not if I'm testifying on behalf of my

18  treatment and where he was at the time of discharge.

19    MS. BUSTRAAN:  Okay.  Well, I appreciate

20  that.  I think that's all the questions I have.  Mr.

21  Phillips may have questions, I don't know.