IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| BRUCE ALLEN LILLER, et al. | | |
| | * | |
| Plaintiffs | | Case No.: MJG 02-CV-3390 |
| | * | (Consolidated with MJG 02-CV-3391) |
| v. | | |
| | * | |
| ROBERT KAUFFMAN, et al. | | |
| | * | |
| Defendants and | | |
| Third-Party Plaintiffs | * | |
| | | |
| v. | * | |
| | | |
| ROGER LEE HELBIG | * | |
| | | |
| Third-Party Defendant | * | |

\* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

Joseph Kauffman, Defendant, by his undersigned counsel, and pursuant to
Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to
enter judgment in Defendant's favor, and for reasons states:

1.     As is more fully set forth in the attached Memorandum, there is no
genuine dispute as to any material fact in this case and the Defendant in entitled to
judgment as a matter of law.

WHEREFORE, the Defendant respectfully requests that this Honorable
Court enter judgment in Defendant's favor.

*/s/ Kathleen M. Bustraan*
Kathleen M. Bustraan
Jennifer S. Lubinski
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 6th day of February, 2004, a copy of the foregoing Motion for Summary Judgment, Memorandum in Support thereof, Request for Hearing, and Proposed Order was sent via first-class mail, postage prepaid, to: Arnold F. Phillips, Esquire, 25254 Garrett Highway, Suite 4, P.O. Box 537, McHenry, Maryland 21541, Attorney for Plaintiffs; and Donald L. Speidel, Esquire, 800 Red Brook Boulevard, Suite 120, Owings Mills, Maryland 21117.

*/s/ Jennifer S. Lubinski*
Jennifer S. Lubinski

00312248.DOC