IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| BRUCE ALLEN LILLER, et al. | * |
| Plaintiff | Case No.: MJG 02-CV-3390 |
| | * (Consolidated with MJG 02-CV-3391) |
| v. | * |
| ROBERT KAUFFMAN, et al. | * |
| Defendants and Third-Party Plaintiffs | * |
| v. | * |
| ROGER LEE HELBIG | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Summary Judgment as to the vicarious liability of Defendant, Joseph Kauffman, any opposition thereto, and oral argument, if any, it is this _____ day of _____, 2004 HEREBY ORDERED:

That the Motion is GRANTED; and,

That judgment be and hereby is entered in favor of Joseph Kauffman as to all claims asserted herein.

_____
The Honorable Marvin J. Garbis

2

cc: Kathleen M. Bustraan, Esquire
     Jennifer S. Lubinski, Esquire
     Arnold F. Phillips, Esquire
     Donald L. Speidel, Esquire