MAR-19-2003 WED 06:01 PM                                                              P. 002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

SUMMONS IN A CIVIL CASE

MARY AND DWIGHT LILLER
FOR MICHAEL LILLER
    Plaintiff

VS.                        Case No.:   MJG 02-CV-3391

ROBERT KAUFFMAN AND
JOSEPH RAY KAUFFMAN

    Defendant

NOV 2 1 2002

TO:  Joseph Ray Kauffman
       6146 Lincoln Highway
       Bedford, PA 15522

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney, Arnold F. Phillips, P. A., PO Box 537, 25254 Garrett Highway, Suite 4, McHenry, MD 21541.

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                11-22-02
CLERK                           Date

_____
(By) DEPUTY CLERK

Phone number of process server: _____



EXHIBIT A

JS-44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

I. (a) PLAINTIFFS: Mary & Dwight Liller, Michael Liller

DEFENDANTS: Robert Kauffman, Joseph Kauffman

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Garrett
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Bedford
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER):
Arnold F Phillips  301 387 2800
PO Box 537
McHenry MD 21541

ATTORNEYS (IF KNOWN): OCT 16 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

02 CV 3391

II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district
- ☐ 6 Multidistrict Litigation (specify)
- ☐ 7 Appeal to District Judge from Magistrate Judgment

V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | SOCIAL SECURITY | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 371 Truth In Lending | LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUIT | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title 28, US Code, Section 1332

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 2,750,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

VIII. RELATED CASE(S) (See Instructions) OPEN OR CLOSED:
JUDGE _____  DOCKET NUMBER _____

DATE: 10.10.02

SIGNATURE OF ATTORNEY OF RECORD: /s/

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT $ _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MARY LILLER and DWIGHT LILLER
INDIVIDUALLY AND AS
AS LEGAL GUARDIANS AND
NEXT FRIEND OF:

MICHAEL PAUL LILLER
1798 PLEASANT VALLEY ROAD
OAKLAND, MD 21550

    PLAINTIFFS

VS.

ROBERT DEAN KAUFFMAN
128 WILEY LANE
NEW PARIS, PA, 15554

And

JOSEPH RAY KAUFFMAN
6146 LINCOLN HIGHWAY
BEDFORD, PA 15522

    DEFENDANTS

MJG 02-CV-3391

COMPLAINT
AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiffs, Mary and Dwight Liller individually and as legal guardians and next friend of Michael Paul Liller, by and through their attorney, Arnold F. Phillips, Esquire, and in support of their Complaint, say as follows:

1. That Plaintiffs, Mary Liller and Dwight Liller are legal guardians and next friend of Michael Paul Liller all of whom are individuals within the Jurisdiction of the Federal District Court of Maryland, residing in Oakland, Maryland.

2. That Defendants, Robert Dean Kauffman and Joseph Ray Kauffman are residents of the State of Pennsylvania.

3. That the acts complained of herein are the result of an automobile accident that occurred in the State of Maryland.



4. That the amount in controversy herein exceeds the jurisdictional requirements for this Court.

5. That on or about the 17th day of April, 2002, Plaintiff Michael Paul Liller was a passenger in an automobile operated by a Mr. Roger Lee Helbig traveling West on Paul Friend Road, near Oakland, Maryland.

6. That at the same time, Defendant, Robert Dean Kauffman was operating a tractor trailer owned by Defendant, Joseph Ray Kauffman, and said driver was exiting from a driveway onto Paul Friend Road.

7. That although Defendant Robert Dean Kauffman was aware of headlights approaching as he was exiting from said driveway, he continued to exit the driveway.

8. That as the vehicle in which Plaintiff was riding crested a hill, Defendants vehicle was across Paul Friend Road impeding the lane of traffic that said vehicle was traveling and also impeding the opposite lane and the shoulder.

9. That contrary to the duties owed to Plaintiff, Defendant was negligent, careless, and reckless in several respects including, failure to yield right-of-way, failure to exercise reasonable and ordinary care to keep a sharp lookout to avoid blocking the right-of-way of Plaintiff.

10. That the vehicle in which Plaintiff was traveling in struck the trailer of Defendant's tractor-trailer and as a direct and proximate result caused several injuries to Plaintiff, including an injury to Plaintiffs brain.

11. That as a direct and proximate result of Defendants negligence, Defendant Robert Dean Kauffman was charged with various traffic charges in the District Court for Garrett County, Maryland.

12. That Defendant Robert Dean Kauffman at all times pertinent herein was operating a tractor trailer owned by Defendant Joseph Ray Kauffman, bearing registration number YDF 3242 of the State of Pennsylvania, further stating that said vehicle is a commercial vehicle and that Defendant Robert Dean Kauffman was acting as an employee of agent of Defendant Joseph Ray Kauffman.

**Count one**

Plaintiff, Michael Paul Liller, through is guardians and next friend hereby sues Defendant for Negligence further stating:

13. Plaintiffs incorporate paragraphs numbered 1-12 as if fully stated herein.

14. That as a result of the aforementioned accident, Plaintiff, Michael Paul Liller has incurred medical bills, bills for rehabilitation, loss of income, loss of earning capacity, inability to enjoy the normal functions of life, permanent brain injury, loss of memory, pain and suffering, and loss of capacity to make significant decisions regarding his personal and financial affairs.

15. That as direct and proximate a result of Defendants negligence, Plaintiff, Michael Paul Liller had Plaintiffs, Mary and Dwight Liller appointed as his legal guardians through Civil Case # 7257 in the Circuit Court of Garrett County, Maryland.

16. That Plaintiff attaches and incorporates the Order for Guardianship as "Exhibit 1" as if fully stated herein.

17. That as a result of said Guardianship proceeding, Plaintiff has incurred legal expenses and Court costs.

WHEREFORE, Plaintiff, Michael Paul Liller respectfully requests that this Court enter Judgment in excess of Two Million, Five Hundred Thousand Dollars ($2,500,000) to which he is found to be entitled, together with pre-judgment interest, costs and attorney fees.

### Count Two

Plaintiffs Mary and Dwight Liller individually hereby sues Defendants for Negligence, saying as follows:

18. Plaintiffs incorporate paragraphs numbered 1-18 as if fully stated herein.

19. That Plaintiffs Mary and Dwight Liller are the natural parents of Michael Paul Liller, an adult who is 25 years old.

20. That as a result of the aforementioned accident, Plaintiffs applied for and were granted a Guardianship over Michael Paul Liller.

21. That Plaintiffs incurred legal fees, Court costs and expenses relating to said Guardianship.

22. That Plaintiffs have also incurred transportation expenses, loss of services, and lost income as a result of having to act as guardians for Plaintiff, Michael Paul Liller.

23. That Plaintiffs will incur significant expenses in the future relating to the care of Michael Paul Liller.

24. That all of the damages claimed herein, were directly and proximately caused by the negligence of Defendants.

WHEREFORE, Plaintiffs, Mary and Dwight Liller respectfully requests that this Court enter Judgment in excess of Two Hundred and Fifty Thousand Dollars ($250,000) to which he is found to be entitled, together with pre-judgment interest, costs and attorney fees.

### PLAINTIFFS HEREIN DEMAND A TRIAL BY JURY

Respectfully Submitted



Arnold F. Phillips, Esquire
Attorney for the Plaintiffs
PO Box 537
McHenry, MD 21541
301-387-2800
301-387-2860 Fax