IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| BRUCE ALLEN LILLER, et al. * | |
| * | |
| Plaintiff | Case No.: MJG 02-CV-3390 |
| * | (Consolidated with MJG 02-CV-3391) |
| v. * | |
| ROBERT KAUFFMAN, et al. * | |
| * | |
| Defendants and | |
| Third-Party Plaintiffs * | |
| v. * | |
| ROGER LEE HELBIG * | |
| Third-Party Defendant * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion in Limine to Preclude Testimony by Charles Cohen, Ph.D., any opposition thereto, and oral argument, if any, it is this _____ day of _____, 2004 hereby ORDERED:

That the Motion is GRANTED; and

That the testimony of Charles Cohen, Ph.D. be, and hereby is, precluded.

 

The Honorable Marvin J. Garbis

cc:    Kathleen M. Bustraan, Esquire
        Jennifer S. Lubinski, Esquire
        Arnold F. Phillips, Esquire
        Donald L. Speidel, Esquire