IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| BRUCE ALLEN LILLER, et al. | * |
| Plaintiff | Case No.: MJG 02-CV-3390 |
| | * (Consolidated with MJG 02-CV-3391) |
| v. | * |
| ROBERT KAUFFMAN, et al. | * |
| Defendants and Third-Party Plaintiffs | * |
| v. | * |
| ROGER LEE HELBIG | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \*

**REQUEST FOR HEARING**

Defendants, Robert Kauffman and Joseph Kauffman, by their undersigned counsel, request a hearing as to all issues identified in their Motion to Preclude the Testimony of Charles M. Cohen, Ph.D.

/s/ *Kathleen M. Bustraan*
Kathleen M. Bustraan
(Bar No. 24417)
Jennifer S. Lubinski
(Bar No. 25160)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

313277