1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2

 3    BRUCE ALLEN LILLER, et al

 4              Plaintiffs

 5         vs.                      #MJG 02-CV-3390

 6    ROBERT KAUFFMAN

 7              Defendants and
                Third Party Plaintiffs
 8

 9         vs.

10    ROGER LEE HELBIG

11              Third Party Defendant
      _____/

12              The telephonic deposition of JEROEN

13    WALSTRA was held on Monday, December 15, 2003,

14    commencing at 2:00 p.m., at the Law Offices of Lord &

15    Whip, 36 South Charles Street, 10th Floor, Baltimore,

16    Maryland, 21201, before Paula J. Eliopoulos, Notary

17    Public.

18

19

20

21    REPORTED BY:  Paula J. Eliopoulos
```

EXHIBIT

tabbies

C

Jeroen Walstra - 12/15/03

6

1     A    And then I have a certificate of Dutch in
2   Dutch law in economics from the University of
3   F-U-T-R-E-C-H-T, 1988.
4     Q    What caused you to go from studying
5   physical education to economics?
6     A    My -- actually my degree is in marketing.
7     Q    Which degree is in marketing?
8     A    The Master's Degree.
9     Q    I understand.  Okay.
10        From Webster University?
11    A    Correct.
12    Q    So, you hold a Master's Degree in
13  marketing?
14    A    Yes.
15    Q    Other than the certificate which you hold
16  in Dutch law in economics --
17    A    I did what they called post Master's
18  credit at Melhurst (phonetic) College in 1997, which
19  related to vocational economic analysis and testimony.
20        And I have a -- I'm a certified earnings
21  analyst per July 18th, 2002, and that is through the

7

1   professional association named AREA, and that's the
2   American Rehabilitation Economics Association.
3     Q    And did you have to take an exam --
4     A    Yes.
5     Q    -- of some kind to obtain that
6   certification?
7     A    Yes.
8     Q    When did you take that exam?
9     A    On July -- no.  That must have been end of
10  May in 2002.
11    Q    Is that a written exam?
12    A    Yes.  It's an eight-hour exam.
13    Q    And is the examination administered by
14  the -- by AREA?
15    A    Yes.
16    Q    Did you pass that exam on your first
17  attempt?
18    A    Yes.
19    Q    Other than that certificate, which is a
20  certified earnings analyst, and your certificate in
21  Dutch law in economics, do you hold any other degrees

8

1   with respect to economics?
2     A    No, I don't.
3     Q    Would you give me, please, your employment
4   history beginning with 1990?
5     A    1990?  I started working for 3-M Health
6   Care.  That's what they call it.  Marketing
7   coordinator for surgical products.
8         At the same time, I was adjunct professor
9   for Webster University in The Netherlands where they
10  had a campus and taught market forecasting.
11        And then I continued to work for 3-M until
12  1994 in the Netherlands in Europe.
13        And then I moved to the United States in
14  19 -- end of 1994, Christmas, 1994, to work for 3-M
15  International Business Development.  There I worked as
16  a -- worked in planning for exporters and 3-M
17  subsidiaries.
18        Then I moved to the Pittsburgh area after
19  quitting my job at 3-M and became self-employment,
20  because I was already involved in some of the similar
21  activities that we had in terms of forecasting

9

1   earnings through an insurance company, actually, in
2   The Netherlands originally.
3         And with my business partner, Charles
4   Cohen, I set up this consulting business, and we
5   started writing reports for attorneys in 1997
6   regarding losses of earnings in personal injury cases
7   and medical malpractice cases.
8     Q    So, did you leave 3-M in 1997?
9     A    Actually I left in 1996.  In the meantime,
10  I did also work with the United Marketing Group, which
11  is a consulting -- small consulting firm.
12        And I sometimes still do things for them
13  on a free-lance basis.
14    Q    What kind of work do you do for them?
15    A    It's consulting with small businesses
16  looking at market forecasting, sales development,
17  market share development, that kind of stuff, whatever
18  comes in as a job.
19    Q    So, just for my own edification, for
20  example, if a company were interested in getting into
21  a different line of business, they might come to you

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

Jeroen Walstra - 12/15/03

**42**

1  weeks for another and once a month for a third year.
2      I did not include all the costs that he
3  describes. I did get a price for a neurological
4  assessment. I just look -- for Zoloft, I looked on
5  the Web site. I got a price from one of the people
6  that is doing that, a thousand dollars they charge for
7  that.
8      And the follow-up treatment was based on
9  twelve visits at $80 a year -- $80 per visit.  So,
10  that's basically for one year, and I discounted it
11  over three years.
12      So, I think that the amount would be
13  higher than the amount that I have here.
14      Q   Wow!  I've got so many questions about
15  that, I'm not sure where to start.
16      Do you know if any physician has
17  prescribed any of these treatments or services for
18  Michael Liller?
19      A   I do not know at this point.  I do --
20  psychotropic medication, for example, Zoloft.  So, it
21  could be a different kind of medication.  And I base

**43**

1  this on Dr. Cohen's report that he needs that.
2      Q   I understand.
3      You would agree with me, though, that
4  Dr. Cohen is not an M.D.?
5      A   Right.
6      Q   And you would agree with me that an M.D.
7  would have to prescribe Zoloft or any other
8  psychotropic medication?
9      A   I don't know.  I mean, you should discuss
10  that with Dr. Cohen.
11      Q   Would you agree with me that because
12  you've done obviously some research into what the cost
13  of this treatment would be --
14      A   Yeah.
15      Q   -- would --
16      A   Yeah, I have this from the Web site called
17  Popular Prescription Drugs-dot-COM.
18      Q   Would you agree with me that Zoloft is but
19  one example of a number of different classes of --
20      A   That's right.
21      Q   -- psychotropic medications which would be

**44**

1  available?
2      A   That's right.
3      Q   Would you agree with me that within those
4  classes of medications there are I guess what you
5  might call brand name drugs and generic drugs?
6      A   Uh huh.  Correct.
7      Q   Would you agree with me that generic
8  medications would be cheaper?
9      A   That's correct.
10      Q   Did you check the price of the generic
11  medication?
12      A   No, I did not.
13      Q   How did you determine the cost of a full
14  neuropsychological assessment?
15      A   We had a quote here from a
16  neuropsychological psychologist.
17      Q   Who was that?
18      A   I don't have it in front of me.  I'm
19  sorry.
20      Q   Would you agree with me that different
21  neuropsychologists might charge different sums for an

**45**

1  assessment?
2      A   Could be.
3      Q   Do you think it would have been prudent to
4  check the cost for such an assessment with more than
5  one provider?
6      A   Sure.  Yeah.
7      Q   And the follow-up treatment for three
8  years which you've reduced to present value of $609,
9  is that the course of follow-up psychotherapy that
10  you're referring to?
11      A   No.  That -- let me see.
12      Yeah.  He needs psychotherapy and
13  cognitive retraining once a week for a year, yes.
14      Q   What is the follow-up treatment for three
15  years that you're referring to?
16      A   Well, I just -- what I did is I did that
17  12 times 80 and discounted that to present value.  And
18  I do not have a price for the other expenses.
19      So, therefore -- and the psychotropic
20  medication is calculated over three years.  So,
21  therefore, this is, you know, three years.

12 (Pages 42 to 45)