IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

BRUCE ALLEN LILLER, et al.     *

    Plaintiff                 Case No.: MJG 02-CV-3390
                                 *    (Consolidated with MJG 02-CV-3391)

v.                                   *

ROBERT KAUFFMAN, et al.     *

    Defendants and
    Third-Party Plaintiffs     *

v.                                   *

ROGER LEE HELBIG            *

    Third-Party Defendant     *

\*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of the Motion in Limine to Preclude Testimony by Jeroen Walstra, any opposition thereto, and oral argument, if any, it is this _____ day of _____, 2004 HEREBY ORDERED:

That the Motion is GRANTED; and

That the testimony of Jeroen Walstra be, and hereby is, precluded.

_____
The Honorable Marvin J. Garbis

cc:     Kathleen M. Bustraan, Esquire
         Jennifer S. Lubinski, Esquire
         Arnold F. Phillips, Esquire
         Donald L. Speidel, Esquire