IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| BRUCE ALLEN LILLER, et al. | * |
|        Plaintiff | * Case No.:  MJG 02-CV-3390 |
| v. | * (Consolidated with MJG 02-CV-3391) |
| ROBERT KAUFFMAN, et al. | * |
|        Defendants and | * |
|        Third-Party Plaintiffs | * |
| v. | * |
| ROGER LEE HELBIG | * |
|        Third-Party Defendant | * |

\* \* \* \* \* \* \*

## REQUEST FOR HEARING

Defendants, Robert Kauffman and Joseph Kauffman, by their undersigned counsel, request a hearing as to all issues identified in their Motion to Preclude Testimony by Jeroen Walstra.

*/s/ Kathleen M. Bustraan*
Kathleen M. Bustraan
(Bar No. 24417)
Jennifer S. Lubinski
(Bar No. 25160)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

313173