345 FOURTH AVE., SUITE 906
PITTSBURGH, PA 15219
TEL: 412-434-0855
FAX: 412-434-1326
E-MAIL: JWALSTRA@CHATHAM.EDU

# JEROEN WALSTRA, M.A., C.E.A.

## WORK EXPERIENCE

**1991–present   Self Employed**   Netherlands, NJ, NY, PA
*Economic and Business Consultant*

* Provided economic and business consultation services concerning lost earnings and economic damages to Attorneys, Psychologists, Companies and Insurance companies.
* Gave presentations on the subject of valuation of lost earnings capacity at Bar Association meetings for CEU credits and at professional meetings.
* Participated in Panel discussions at professional meetings
* Services include: (1) Forensic Consultation regarding: Personal Injury, Wrongful Death, Medical Malpractice. (2) Sales and Marketing Consultation regarding, Sales and Profit forecasting, Market-share development, New Service and New Product introduction.

**1997 - Present   Chatham College**   Pittsburgh
*Adjunct Instructor, Department of Business & Economics*

* Taught classes in Marketing and Business, including forecasting and marketing strategies
* Supervised student projects and students participating in AMA contests

**1997 - Present   Point Park College**   Pittsburgh
*Adjunct Associate Professor, Department of Business, Accounting and Computer Science*

* Taught classes in Marketing and International Business, including forecasting and market planning

**1996–Present   United Marketing Group   White Plains NY/Pittsburgh, PA**
*Business and Economic Consultant*

* Wrote International Marketing Plans for American Manufactures
* Assessed Economic impact of Exporting for clients
* Located distributors for US clients


EXHIBIT C

* Developed sales in Europe and North Africa

1994-1996     3M International Business Development, New York, NY
*Senior Sales Service Representative*
* Worked as a Liaison between 3M's US divisions, Exporters and 3M Subsidiaries
* Planned and Forecasted economic impact of Close-out products in O.U.S. Markets
* Expanded sales with US Exporters by 17% in 1995

1991-1994     3M Health Care                              Netherlands
*Marketing Coordinator Surgical products*
* Developed Marketing plans and sales and profit forecasts for Netherlands, Belgium and Luxembourg
* Worked on European Advisory Board for New Product development and new product introductions
* Developed Sales Training Courses
* Developed Customer Education Programs.

1991-1994     Webster University                          Netherlands
*Adjunct Professor, School for Business and Economics*
* Taught Marketing Management, (including, Market Forecasting) and International Marketing

## EDUCATION

* CEA, Certified Earnings Analyst, July 18, 2002 valid until 12/31/2005

* Post Masters Credits (Marylhurst College, 1997) and workshops related to Vocational Economic Analysis and Testimony

* Master of Arts in Marketing, Webster University, Saint Louis MO, 1990

* Certificate (equivalent of 36 Graduate Credits) in Dutch law and economics, University of Utrecht, 1988

* Bachelor of Arts in Physical Education, Academie voor Lichamelijke Opvoeding in Den Haag, 1984

## PROFESSIONAL MEMBERSHIPS

American Rehabilitation Economics Association (A.R.E.A.)
National Association of Forensic Economics (N.A.F.E.)
Eastern Economic Association (E.E.A.)

# VITA

**Personal Data:** **Charles M. Cohen, Ph.D.**

Office 1:
Charles M. Cohen, Ph.D.
2387 Westgate Drive
Pittsburgh, PA 15237
Phone: (412) 367-8480
Phone: (412) 434-0855
Fax:   (412) 434-1326
e-mail: charlescohen2387@hotmail.com
SS# 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

Office 2:
Charles M. Cohen, Ph.D.
345 Fourth Avenue, Suite 906
Pittsburgh, PA 15222

## Education

BA              Duquesne University - Psychology, 1965
M.Ed.           University of Pittsburgh - Rehabilitation, Counseling, 1966
Ph.D.           University of Pittsburgh-Counselor Education, 1970
Post Doctoral Study   25 Post Doctoral Credits and numerous workshops related to Clinical Psychology, Vocational Evaluation, Psychotherapy, Rehabilitation and Rehabilitation Economics

## Licenses and Certifications

Licensed Psychologist, Pennsylvania, # 1631
Certified Rehabilitation Counselor
Certified Guidance Counselor
Certified Supervisor Pupil Personnel Services
Board Certified Vocational Expert

## Professional Organizations

American Psychological Association
Pennsylvania Psychological Association
American Board of Vocational Experts
Pennsylvania Council on Vocational Education 1982-1987

Monday, July 14, 2003

1

## Experience

| | |
|---|---|
| 1970 - Present | Private Practice of Psychology, including psychological, vocational and economic evaluations and psychotherapy. Affiliate staff member of Suburban General Hospital, Pittsburgh, Pennsylvania |
| 1973 - Present | Vocational and Medical Expert for the Social Security Administration, Bureau of Hearing and Appeals. |
| 1971-1997 | Supervisor of Psychological and Rehabilitation Services for the Pittsburgh Board of Education. (Supervised 30 Psychologists and Rehabilitation Counselors including preparation for PA Psychologists' licensing Examination) |
| 1995 - 1997 | Clinical Director of June V. Isaly Counseling Associates (Supervised 8 psychotherapists) |
| 1971 - 1980 | Adjunct Assistant Professor, University of Pittsburgh, Department of Rehabilitation. (Taught psychotherapy and Rehabilitation courses and supervised graduate students) |
| 1982 - 1986 | Psychological Consultant with Chartiers Mental Health Out Patient Clinic, Bridgeville, Pennsylvania |
| 1970 - 1973 | Psychological Consultant to Allegheny County Juvenile Court. (Supervised probation officers in psychotherapy techniques) |
| 1966 - 1971 | Head Counselor at Allegheny County Juvenile Detention Home. (Supervision, Administration, Program development, and Psychotherapy of emotionally disturbed and socially maladjusted adolescents) |

## Publications

1. Cohen, C. "Rehabilitation Counselors and Needed School Employees." *Journal of Applied Rehabilitation Counseling,* 5 1974, 67-7

2. Cohen, C. et al. "The Singer Vocational Evaluation System with an Educable Mentally Retarded population" *Mental Retardation,* 13, (6) December, 1975, 31

3. Cohen, C. and Drugo J. "Test-Retest reliability of the Singer Vocational Evaluation System" *The Vocational Guidance Quarterly,* 24, (3) March, 1976, 167-270

2

4. Cohen, C. and Drugo J. "Utilization of the OVIS with an EMR Population." *Vocational Evaluation and Work Adjustment Bulletin*, 9, (1), March, 1976, 22-25

5. Cohen, C. and Drugo J. "Utilization of the RFVII with an EMR Population." *Mental Retardation*, June, 1977

6. Cohen, C. "An eclectic Approach to Counseling the Retarded." *Journal of Applied Rehabilitation Counseling*, 9,(2) Summer, 1978

7. Cohen, C. "Comparison of the RFVII and the WRIOT Picture interest Inventories with an EMR Population." *Vocational Evaluation and Work Adjustment Bulletin*, 15 (2), Summer, 1982

8. Cohen, C. and Bregman, M. "School and Community Rehabilitation Facility Cooperation for Vocational Evaluation Services." *Vocational Evaluation and Work Adjustment Bulletin*, 17, (4) Winter, 1984

9. Cohen, C. "Mainstreaming the Handicapped into a General Music Classes." *Pennsylvania Music Educators Association News*, March, 1986

10. Cohen, C. "Project Liaison-What is Working in Education: A Symposium." *Committee on Education and Labor, House of Representatives*. Serial No. 101-T, U.S. Government printing Office, Washington, D.C., November, 1990, 7-9

11. Walstra, J and Cohen C. "Expert Teams and Forensic Reporting," *The Earnings Analyst*, Volume I, May, 1998

12. Walstra, J and Cohen C. "Expert Teams improve quality and timeliness of reports supporting litigation," *Pittsburgh Legal Journal*, Volume 124, September 3, 1998

13. Walstra, J. and Cohen C. "Use of SIPP data for determining lost future earnings capacity of children with disabilities," Presentation at EEA's Annual Conference in New York City, February 24, 2001.

7/14/03