IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **BRUCE ALLEN LILLER** | * |
| Plaintiff | * |
| VS. | *   CASE NO.: MJG-02-CV-3390 |
| **ROBERT KAUFFMAN, et al.** | *   (Consolidated with MJG-02-CV-3391) |
| **Defendants and Third-Party Plaintiffs** | * |
|  | * |
| v. | * |
| **ROGER LEE HELBIG** | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO STRIKE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Bruce Liller, Michael Liller, Dwight Liller and Mary Liller, by and through their Attorney, Arnold F. Phillips hereby file this Motion to Stirke Defendants' Defendants' Motion for Summary Judgment, says as follows.

1. Plaintiff moves this honorable Court to Strike Defendants Motion for Summary Judgment as it was not timely filed as more fully set forth in the attached memorandum.

/s/ Arnold F. Phillips, Esquire
Attorney for Plaintiffs
PO Box 537
McHenry, MD 21541
(301) 387-2800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of February, 2004, an electronic copy of the foregoing was sent to:

Kathleen M. Bustraan, Esquire
Jennifer S. Lubinski, Esquire
Lord & Whip, P.A.,
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
Attorney for Defendant's and Third-Party Plaintiffs

AND

Donald L. Speidel, Esquire
Law Offices of Progressive Casualty Insurance Co.
800 Red Brook Boulevard Suite 120
Owings Mills, MD  21117

AND

Toyja E. Kelley, Esquire
Tydings and Rosenberg, LLP
100 East Pratt Street
Baltimore, Maryland 21202.

---

**Arnold F. Phillips, Esq.**

Exhibit A  Complaint

Exhibit B  Notice of Electronic filing

Exhibit C  Scheduling Order

Exhibit D  Original Scheduling Order