# LORD & WHIP

A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

36 South Charles Street, 10th Floor
Baltimore, Maryland 21201-3700
Phone:  (410) 539-5881
Facsimile:   (410) 685-6726

www.lordwhip.com

October 1, 2003

The Honorable Marvin J. Garbis
United States District Judge
United States District Court of Maryland
   for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

    Re:    <u>Liller, et al. v. Robert Kauffman, et al.</u>
          Case No.:  MJG 02-CV-3390 (Consolidated with MJG 02-CV-3391)
          Our File No.: 1440-2-15

Dear Judge Garbis:

    Because of the complexity of the medical issues in this case and the fact that a new party has recently been added to this case, the parties jointly request a modest adjustment of the scheduling order so that we can complete discovery in an orderly manner.  Accordingly, we request that the Court adjust the scheduling order as follows:

| | |
|---|---|
| November 11, 2003 | Defendants' and Third Party Defendant's Rule 26(a)(2) disclosures regarding experts; |
| November 27, 2003 | Plaintiff's rebuttal Rule 26(a)(2) disclosures regarding experts; |
| December 1, 2003 | Rule 26(e)(2) supplementation of disclosures and responses; |

The Honorable Marvin J. Garbis
June 16, 2003
Page 2 of 2

    December 26, 2003    Discovery deadline; submission of status report;

    January 27, 2003    Dispositive pretrial motions deadline.

Thank you for your kind consideration of this request.

    Very truly yours,


    */s/* Kathleen M. Bustraan

KMB/seb
cc:    Arnold F. Phillips, Esquire
    Donald L. Speidel, Esquire

262812