IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUCE ALLEN LILLER            *

     Plaintiff            *

VS.            *            CASE NO.:  MJG-02-CV-3390
                                                               (Consolidated with MJG-02-CV-3391)
ROBERT KAUFFMAN, et al.            *

     Defendants and            *
     Third-Party Plaintiffs
                                          *

v.
                                          *

ROGER LEE HELBIG
                                          *
     Third-Party Defendant
                                          *
*    *    *    *    *    *    *    *    *    *    *    *

**ANSWER TO DEFENDANTS MOTION IN LIMINE TO PRECLUDE TESTIMONY OF CHARLES COHEN, PhD.**

     Plaintiffs, Bruce Liller, Michael Liller, Mary Liller, and Dwight Liller, by and through their attorney, Arnold F. Phillips, Esq., says as follows:

1.     That Plaintiffs deny the allegations made in Defendants Motion for reasons outlined in the attached memoranda.

                                                            /S/ <u>Arnold F. Phillips, Esq</u>
                                                            PO Box 537
                                                            McHenry, MD  21541
                                                            (301) 387-2800

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY, that on this 18th day of February, 2004, the foregoing was electronically mailed to:

**Kathleen M. Bustraan, Esquire**
**Jennifer S. Lubinski, Esquire**
**Lord & Whip, P.A.,**
**Charles Center South, 10th Floor**
**36 S. Charles Street**
**Baltimore, Maryland 21201**
**Attorney for Defendant's and Third-Party Plaintiffs**

**AND**

**Donald L. Speidel, Esquire**
**Law Offices of Progressive Casualty Insurance Co.**
**800 Red Brook Boulevard Suite 120**
**Owings Mills, MD  21117**

**AND**

**Toyja E. Kelley, Esquire**
**Tydings and Rosenberg, LLP**
**100 East Pratt Street**
**Baltimore, Maryland 21202.**


Attachments

Exhibit A      VITA of Jeroen Walstra

Exhibit B      Cohen Report on Michael

Exibit C       Cohen Report on Bruce

Exhibit E      Plaintiffs Rule 26(a)(2)

Exhibit G      Deposition pages of Cohen 48-50