# VITA

**Personal Data:**   Charles M. Cohen, Ph.D.

Office 1:
Charles M. Cohen, Ph.D.
2387 Westgate Drive
Pittsburgh, PA 15237
Phone: (412) 367-8480
Phone: (412) 434-0855
Fax:   (412) 434-1326
e-mail: charlescohen2387@hotmail.com
SS# 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

Office 2:
Charles M. Cohen, Ph.D.
345 Fourth Avenue, Suite 906
Pittsburgh, PA 15222

## Education

BA              Duquesne University - Psychology, 1965
M.Ed.           University of Pittsburgh - Rehabilitation, Counseling, 1966
Ph.D.           University of Pittsburgh - Counselor Education, 1970
Post Doctoral Study   25 Post Doctoral Credits and numerous workshops related to Clinical Psychology, Vocational Evaluation, Psychotherapy, Rehabilitation and Rehabilitation Economics

## Licenses and Certifications

Licensed Psychologist, Pennsylvania, # 1631
Certified Rehabilitation Counselor
Certified Guidance Counselor
Certified Supervisor Pupil Personnel Services
Board Certified Vocational Expert

## Professional Organizations

American Psychological Association
Pennsylvania Psychological Association
American Board of Vocational Experts
Pennsylvania Council on Vocational Education 1982-1987

Monday, July 14, 2003




1

## Experience

| | |
|---|---|
| 1970 - Present | Private Practice of Psychology, including psychological, vocational and economic evaluations and psychotherapy. Affiliate staff member of Suburban General Hospital, Pittsburgh, Pennsylvania |
| 1973 - Present | Vocational and Medical Expert for the Social Security Administration, Bureau of Hearing and Appeals. |
| 1971-1997 | Supervisor of Psychological and Rehabilitation Services for the Pittsburgh Board of Education. (Supervised 30 Psychologists and Rehabilitation Counselors including preparation for PA Psychologists' licensing Examination) |
| 1995 - 1997 | Clinical Director of June V. Isaly Counseling Associates (Supervised 8 psychotherapists) |
| 1971 - 1980 | Adjunct Assistant Professor, University of Pittsburgh, Department of Rehabilitation. (Taught psychotherapy and Rehabilitation courses and supervised graduate students) |
| 1982 - 1986 | Psychological Consultant with Chartiers Mental Health Out Patient Clinic, Bridgeville, Pennsylvania |
| 1970 - 1973 | Psychological Consultant to Allegheny County Juvenile Court. (Supervised probation officers in psychotherapy techniques) |
| 1966 - 1971 | Head Counselor at Allegheny County Juvenile Detention Home. (Supervision, Administration, Program development, and Psychotherapy of emotionally disturbed and socially maladjusted adolescents) |

## Publications

1. Cohen, C. "Rehabilitation Counselors and Needed School Employees." *Journal of Applied Rehabilitation Counseling*, 5 1974, 67-7

2. Cohen, C. et al. "The Singer Vocational Evaluation System with an Educable Mentally Retarded population" *Mental Retardation*, 13, (6) December, 1975, 31

3. Cohen, C. and Drugo J. "Test-Retest reliability of the Singer Vocational Evaluation System" *The Vocational Guidance Quarterly*, 24, (3) March, 1976, 167-270

4. Cohen, C. and Drugo J. "Utilization of the OVIS with an EMR Population." *Vocational Evaluation and Work Adjustment Bulletin*, 9, (1), March, 1976, 22-25

2

5. Cohen, C. and Drugo J. "Utilization of the RFVII with an EMR Population." *Mental Retardation*, June, 1977

6. Cohen, C. "An eclectic Approach to Counseling the Retarded." *Journal of Applied Rehabilitation Counseling*, 9,(2) Summer, 1978

7. Cohen, C. "Comparison of the RFVII and the WRIOT Picture interest Inventories with an EMR Population." *Vocational Evaluation and Work Adjustment Bulletin*, 15 (2), Summer, 1982

8. Cohen, C. and Bregman, M. "School and Community Rehabilitation Facility Cooperation for Vocational Evaluation Services." *Vocational Evaluation and Work Adjustment Bulletin*, 17, (4) Winter, 1984

9. Cohen, C. "Mainstreaming the Handicapped into a General Music Classes." *Pennsylvania Music Educators Association News*, March, 1986

10. Cohen, C. "Project Liaison-What is Working in Education: A Symposium." *Committee on Education and Labor, House of Representatives*. Serial No. 101-T, U.S. Government printing Office. Washington, D.C., November, 1990, 7-9

11. Walstra, J and Cohen C. "Expert Teams and Forensic Reporting," *The Earnings Analyst*, Volume I, May, 1998

12. Walstra, J and Cohen C. "Expert Teams improve quality and timeliness of reports supporting litigation," *Pittsburgh Legal Journal*, Volume 124, September 3, 1998

13. Walstra, J. and Cohen C. "Use of SIPP data for determining lost future earnings capacity of children with disabilities," Presentation at EEA's Annual Conference in New York City, February 24, 2001.

7/14/03