IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BRUCE ALLEN LILLER | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: MJG-02-CV-3390 |
| ROBERT KAUFFMAN, et al. | * | (Consolidated with MJG-02-CV-3391) |
| Defendants and Third-Party Plaintiffs | * | |
| v. | * | |
| ROGER LEE HELBIG | * | |
| Third-Party Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO DEFENDANTS MOTION IN LIMINE TO PRECLUDE TESTIMONY OF CHARLES COHEN, PhD.**

Plaintiffs, Bruce Liller, Michael Liller, Mary Liller, and Dwight Liller, by and through their attorney, Arnold F. Phillips, Esq., says as follows:

1.  That Plaintiffs deny the allegations made in Defendants Motion for reasons outlined in the attached memoranda.

/S/ <u>Arnold F. Phillips, Esq</u>
PO Box 537
McHenry, MD  21541
(301) 387-2800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 18th day of February, 2004, the foregoing was electronically mailed to:

Kathleen M. Bustraan, Esquire
Jennifer S. Lubinski, Esquire
Lord & Whip, P.A.,
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
Attorney for Defendant's and Third-Party Plaintiffs

AND

Donald L. Speidel, Esquire
Law Offices of Progressive Casualty Insurance Co.
800 Red Brook Boulevard Suite 120
Owings Mills, MD  21117

AND

Toyja E. Kelley, Esquire
Tydings and Rosenberg, LLP
100 East Pratt Street
Baltimore, Maryland 21202.

Attachments

Exhibit A    VITA of Jeroen Walstra

Exhibit B    Cohen Report on Michael

Exibit C     Cohen Report on Bruce

Exhibit E    Plaintiffs Rule 26(a)(2)

Exhibit G    Deposition pages of Cohen 48-50