COPY

1

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND


BRUCE ALLEN LILLER, ET AL

              Plaintiffs          MJG-02-CV-3390

     vs.

ROBERT KAUFFMAN, ET AL

              Defendants
_____/


          The telephone deposition of KRISTI

WILLIAMS was held on Tuesday, December 2, 2003,

commencing at 10:00 A.M., at the Law Offices of Lord

& Whip, 36 South Charles Street, 10th Floor,

Baltimore, Maryland, 21201, before Trisha G. Rarick,

a Notary Public.

APPEARANCES:

          ARNOLD F. PHILLIPS, ESQUIRE
             (Telephonically)
             On behalf of Plaintiffs

          KATHLEEN M. BUSTRAAN, ESQUIRE
             On behalf of Defendants
ALSO PRESENT:

          Rita D'Aurora, Risk Manager

REPORTED BY:  Trisha G. Rarick
```

EXHIBIT 5

```
 1   minimum fee.

 2        Q    Okay.  And have you been asked to testify

 3   at trial of this case, assuming that the case is tried?

 4        A    Have I been asked?

 5        Q    Yes.

 6        A    No.

 7        Q    If you are asked, do you intend to respond

 8   and testify?

 9        A    Yes.

10        Q    In other words, if you're asked to testify

11   at trial, you're willing to do that?

12        A    Yes.

13        Q    Is there any additional information that

14   you think you need to help you testify in this case or

15   any issues that you think you need additional

16   information to evaluate?

17        A    Not if I'm testifying on behalf of my

18   treatment and where he was at the time of discharge.

19             MS. BUSTRAAN:  Okay.  Well, I appreciate

20   that.  I think that's all the questions I have.  Mr.

21   Phillips may have questions, I don't know.
```