ORIGINAL

```
IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MARYLAND


BRUCE ALLEN LILLER, ET AL

         Plaintiffs          MJG-02-CV-3390

    vs.

ROBERT KAUFFMAN, ET AL

         Defendants
_____/
```

The telephone deposition of KRISTI WILLIAMS was held on Tuesday, December 2, 2003, commencing at 10:00 A.M., at the Law Offices of Lord & Whip, 36 South Charles Street, 10th Floor, Baltimore, Maryland, 21201, before Trisha G. Rarick, a Notary Public.

APPEARANCES:

    ARNOLD F. PHILLIPS, ESQUIRE
       (Telephonically)
      On behalf of Plaintiffs

    KATHLEEN M. BUSTRAAN, ESQUIRE
      On behalf of Defendants

ALSO PRESENT:

    Rita D'Aurora, Risk Manager

REPORTED BY: Trisha G. Rarick

```
 1      Q     And what is your occupation?
 2      A     I'm a psychologist.
 3      Q     And can you tell me a little bit about your
 4   education?  Where did you go to college?
 5      A     I have a bachelor's degree from West
 6   Virginia University and a master's degree from West
 7   Virginia Graduate College in psychology both.
 8      Q     When did you graduate from undergraduate?
 9      A     1992.
10      Q     And when did you graduate from graduate
11   school?
12      A     1995.
13      Q     Is the graduate program in psychology a
14   three-year program?
15      A     I don't think there was a specific time
16   frame on the program.  I completed it in about two and
17   a half years, but the graduation ceremony didn't occur
18   until May.
19      Q     Were you a full-time grad student or part
20   time?
21      A     Full time.
```

1   Q   Well, I want to know what you think of Mr.
2   Liller, what are your conclusions, your diagnoses.  If
3   Mr. Phillips calls you to the witness stand and says --
4   asks you all those questions I just asked you about
5   your background, and then asks you to testify about Mr.
6   Liller, what opinions do you intend to offer?
7   A   I would basically provide the information
8   that I have documented in his medical records in terms
9   of my diagnosis and treatment protocol while I saw him.
10  Q   Now, as I understand it, you saw Mr. Liller
11  for approximately five weeks.
12  A   Yes.
13  Q   July 1 of 2002 to August 7th of 2002?
14  A   Yes.
15  Q   Is that correct?
16  A   Yes, that's correct.
17  Q   Have you seen Mr. Liller since August 7 of
18  2002?
19  A   Not that I recall.
20  Q   Can you tell me what you have done to
21  prepare for today's deposition?

16

1    A    I reviewed my notes and the charts.

2    Q    Obviously, we're not sitting face to face

3  and I don't necessarily want you to tell me every piece

4  of paper in your chart, but if you could tell me in a

5  general way what documents are included in your chart,

6  that would be helpful.

7    A    The ones that I reviewed or in the entire

8  chart?

9    Q    First tell me the ones that you reviewed.

10   A    I reviewed the CARE program initial

11 evaluation, the CARE program discharge summary and my

12 individual daily treatment notes.

13   Q    What other materials are included in your

14 chart?

15   A    Physical therapy, occupational therapy and

16 speech therapy notes. I believe there is some

17 background information from the acute care hospital

18 stay. There's a neuropsychological evaluation as well.

19   Q    Am I correct that you don't intend to

20 comment on the physical therapy, occupational therapy,

21 speech therapy, the hospital stay or any

| | |
|---|---|
| 1 | neuropsychological evaluation that was done? |
| 2 | A  That's correct. |
| 3 | Q  I have in front of me the discharge |
| 4 | summary.  Do you have that? |
| 5 | A  Do you want me to look at it while you are? |
| 6 | Q  Yeah, I think it will be helpful if you |
| 7 | follow along so we understand each other. |
| 8 | A  Okay.  Let me find it. |
| 9 | Q  Sure, take your time. |
| 10 | A  I have it. |
| 11 | Q  Okay.  You have it in front of you? |
| 12 | A  Yes. |
| 13 | Q  Looks to me like you signed the discharge |
| 14 | summary; is that correct? |
| 15 | A  Yes. |
| 16 | Q  Did you prepare the discharge summary? |
| 17 | A  I'm not positive who prepared it. |
| 18 | Typically, two or three of us sit down together and do |
| 19 | it, at least two of us.  But the ratings are done in a |
| 20 | group when the patient is discharged.  And whoever is |
| 21 | available types them in, usually two of us at the same |

1  minimum fee.

2      Q    Okay. And have you been asked to testify

3  at trial of this case, assuming that the case is tried?

4      A    Have I been asked?

5      Q    Yes.

6      A    No.

7      Q    If you are asked, do you intend to respond

8  and testify?

9      A    Yes.

10     Q    In other words, if you're asked to testify

11 at trial, you're willing to do that?

12     A    Yes.

13     Q    Is there any additional information that

14 you think you need to help you testify in this case or

15 any issues that you think you need additional

16 information to evaluate?

17     A    Not if I'm testifying on behalf of my

18 treatment and where he was at the time of discharge.

19     MS. BUSTRAAN: Okay. Well, I appreciate

20 that. I think that's all the questions I have. Mr.

21 Phillips may have questions, I don't know.