IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BRUCE ALLEN LILLER | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: MJG-02-CV-3390 |
| ROBERT KAUFFMAN, et al. | * | (Consolidated with MJG-02-CV-3391) |
| Defendants and Third-Party Plaintiffs | * | |
| v. | * | |
| ROGER LEE HELBIG | * | |
| Third-Party Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO DEFENDANTS MOTION IN LIMINE TO PRECLUDE TESTIMONY OF JEROEN WALSTRA**

Plaintiffs, Bruce Liller, Michael Liller, Mary Liller, and Dwight Liller, by and through their attorney, Arnold F. Phillips, Esq., says as follows:

1. That Plaintiffs deny the allegations made in Defendants Motion for reasons outlined in the attached memoranda.

/S/ Arnold F. Phillips, Esq
PO Box 537
McHenry, MD  21541
(301) 387-2800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 16th day of February, 2004, the foregoing was electronically mailed to:

**Kathleen M. Bustraan, Esquire**
**Jennifer S. Lubinski, Esquire**
**Lord & Whip, P.A.,**
**Charles Center South, 10th Floor**
**36 S. Charles Street**
**Baltimore, Maryland 21201**
**Attorney for Defendant's and Third-Party Plaintiffs**

**AND**

**Donald L. Speidel, Esquire**
**Law Offices of Progressive Casualty Insurance Co.**
**800 Red Brook Boulevard Suite 120**
**Owings Mills, MD  21117**

**AND**

**Toyja E. Kelley, Esquire**
**Tydings and Rosenberg, LLP**
**100 East Pratt Street**
**Baltimore, Maryland 21202.**