IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRUCE ALLEN LILLER et.al.** | * |
| Plaintiff | * |
| VS. | *   CASE NO.: MJG-02-CV-3390 |
| | (Consolidated with MJG-02-CV-3391) |
| **ROBERT KAUFFMAN, et al.** | * |
| Defendants and Third-Party Plaintiffs | * |
| v. | * |
| **ROGER LEE HELBIG** | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO**
**DEFENDANT'S FIRST MOTION IN LIMINE**

Plaintiffs, Bruce Allen Liller, Mary Liller and Dwight Liller, individually and as legal guardians and next friend of, Michael Paul Liller, Plaintiffs, file this memorandum in defense of the Defendant's First Motion in Limine and state as follows:

Plaintiffs, Bruce Liller, Michael Liller, Mary Liller, and Dwight Liller, by and through their attorney, Arnold F. Phillips, Esq., says as follows:

1.  That Plaintiffs deny the allegations made in Defendants Motion for reasons outlined in the attached memoranda.

/S/ <u>Arnold F. Phillips, Esq</u>
PO Box 537
McHenry, MD  21541
(301) 387-2800

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of February, 2004, the foregoing was electronically mailed to:

>Kathleen M. Bustraan, Esquire
>Jennifer S. Lubinski, Esquire
>Lord & Whip, P.A.,
>Charles Center South, 10th Floor
>36 S. Charles Street
>Baltimore, Maryland 21201
>Attorney for Defendant's and Third-Party Plaintiffs

AND

>Donald L. Speidel, Esquire
>Law Offices of Progressive Casualty Insurance Co.
>800 Red Brook Boulevard Suite 120
>Owings Mills, MD  21117

AND

>**Toyja E. Kelley, Esquire**
>**Tydings and Rosenberg, LLP**
>**100 East Pratt Street**
>Baltimore, Maryland 21202.