

# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
**101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201**

**Chambers of
Hon. Marvin J. Garbis
United States District Judge
410-962-7700**

March 8, 2004

TO ALL COUNSEL OF RECORD

    Re: <u>Liller v. Kaufman, MJG-02-3390</u>

Dear Sir/Madam:

    I understand that settlement negotiations are ongoing and that there is a reasonable prospect that agreement can be reached. I also see that there is a pending Motion to Strike Defendants' Motion for Summary Judgment to which there has been a response but no reply.

    Under the circumstances, I will defer the date for a reply to the opposition to the motion to strike until May 21, 2004 so as to give ample time for the settlement proceedings to be completed. If the Plaintiffs need a further extension, they can request one.

    Although informal, this letter constitutes an Order of this Court.

                                      Yours truly,

                                          /s/

                              Marvin J. Garbis
                      United States District Judge

cc: Clerk of Court