## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**MDD_skgchambers@mdd.uscourts.gov**
**(410) 962-4953**
**(410) 962-2985 - Fax**

May 10, 2004

Arnold F. Phillips, Esq.
25254 Garrett Highway
P.O. Box 537
McHenry, MD 21541

Kathleen M. Bustraan, Esq.
Lord and Whip, PA
36 South Charles Street, 10th Floor
Baltimore, MD 21201

Robert H. Bouse, Jr., Esq.
Anderson, Coe & King, LLP
Suite 2000
201 North Charles Street
Baltimore, MD 21201-4135

    Re:  Bruce Allen Liller v. Robert Dean Kauffman, et al.
         Civil No. MJG-02-3390

Dear Counsel:

    In accordance with our recent telephone conference, please be advised that a supplemental settlement conference will be held on Monday, May 24, 2004, at 8:00 a.m.  As discussed, Ms. Bustraan will be available by telephone at that time.

    I look forward to meeting with you on the 24th.

                        Sincerely yours,

                        /s/

                        Susan K. Gauvey
                        United States Magistrate Judge