UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

May 24, 2004

Arnold F. Phillips, Esq.
25254 Garrett Highway
P.O. Box 537
McHenry, MD 21541

Kathleen M. Bustraan, Esq.
Lord and Whip, PA
36 South Charles Street, 10th Floor
Baltimore, MD 21201

Robert H. Bouse, Jr., Esq.
Anderson, Coe & King, LLP
Suite 2000
201 North Charles Street
Baltimore, MD 21201-4135

    Re:  Bruce Allen Liller v. Robert Dean Kauffman, et al.
         Civil No. MJG-02-3390

Dear Counsel:

    This is to confirm that the supplemental settlement conference in the above case will be held on Tuesday, June 22, 2004, at 12:00 noon. As discussed, Ms. Bustraan will be available by telephone at that time.

    I look forward to meeting with you on June 22nd.

                       Sincerely yours,


                       /s/

                       Susan K. Gauvey
                       United States Magistrate Judge